UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RAYMOND DAVIS, | Case No. 2:20-cv-01696-APG-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JACQUELINE BLUTH, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's failure to comply with the Court's Order. ECF No. 6. Plaintiff, a former inmate of the Clark County Detention Center ("CCDC") is proceeding in this action *pro se* and has submitted a Complaint under 42 U.S.C. § 1983. ECF Nos. 1-1, 4-1. On October 5, 2020, the Court issued a screening Order (ECF No. 6) granting Plaintiff's request to proceed *in forma pauperis* and screened Plaintiff's Amended Complaint (ECF No. 4-1) pursuant to 28 U.S.C. § 1915(e). The undersigned found that Plaintiff's Amended Complaint fail to state claims and allowed Plaintiff 30 days from the date of the Order to file a second amended complaint. On November 2, 2020, Plaintiff filed a change of address. ECF No. 9. It is not clear that Plaintiff ever received the Court's October 5, 2020 Order.

Accordingly,

IT IS HEREBY ORDERED that the Clerk's Office **shall** mail a copy of this Order together with a copy of the Court's October 5, 2020 Order (ECF No. 6) to Plaintiff at his current address.

IT IS FURTHER ORDERED that Plaintiff **shall** have through and including March 5, 2021 to file a second amended complaint.

IT IS FURTHER ORDERED that failure to comply with the terms of this Order **shall** result in a recommendation to dismiss Plaintiff's case without prejudice.

DATED this 5th day of February, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1