# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND DAVIS, | Case No.: 2:20-cv-01696-APG-EJY |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | [ECF No. 11] |
| JACQUELINE BLUTH and ADAM GILL, | |
| Defendant | |

On May 4, 2021, Magistrate Judge Youchah recommended that I dismiss plaintiff Raymond Davis's amended complaint with prejudice because he failed to timely file a second amended complaint. Davis did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Judge Youchah's report and recommendation **(ECF No. 11) is accepted**. Plaintiff Raymond Davis's amended complaint (ECF No. 4-1) is DISMISSED with prejudice. The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 28th day of May, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE